■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS NARDI, Appellant. [648 NYS2d 985] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered May 13, 1994, convicting him of grand larceny in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Miller, Joy, Hart and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v CARLOS RAMOS, Respondent. [648 NYS2d 955] —Appeal by the People from an order of the Supreme Court, Kings County (Leventhal, J.), dated June 15, 1995.

Ordered that the order is affirmed, for reasons stated by Justice Leventhal in the Supreme Court. Bracken, J. P., Thompson, Goldstein and McGinity, JJ., concur. [*See,* 166 Misc 2d 515.]